IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHERYL BRENNER, MEGAN EDWARDS,
AUDREY CLOSE, MITZI FRENCH-HITTI,
CASANDRA HUBER, NALINEE MORRIS,
BRENDA WILSON,

        Plaintiffs,

vs.                              Civ. No. 00-1091 PJK/WWD ACE

RAN KEN, INC., a Texas corporation,
d/b/a CHELSEA'S STREET PUB & GRILL,
FARMINGTON LONDON PUB, INC., a
New Mexico corporation, d/b/a CHELSEA'S
LONDON PUB & GRILL, W. GREGGORY
HAMILTON, an individual, TERRY McDANIEL,
an individual, and PETER KUCH, an individual,

        Defendants.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiffs' Motion for Protective Order to Prevent

Discovery of Sexual Behavior Outside The Workplace From Third-Party Witnesses [docket no. 95] filed

April 11, 2001.  Plaintiffs seek to extend a protective order previously entered with respect to Plaintiffs to

cover Defendants' questions to third party witnesses.  I note that the protective order entered with respect to

Plaintiffs has recently been modified in a ruling on Defendants' motion for reconsideration of that order.

Different considerations apply to third party witnesses; however, the scope of inquiry to be allowed with

respect to third party witnesses being interrogated about the sexual practices of Plaintiffs outside the

workplace should be appropriately limited.

      **WHEREFORE,**

      **IT IS ORDERED** that Defendants taking the depositions of third party witnesses may interrogate

those witnesses concerning the sexual practices of Plaintiffs outside the workplace; provided, that such

-1-

interrogation shall be limited to incidents where Defendant McDaniel was present or where the witness

knows that Defendant McDaniel was made aware of the conduct in question.

_____

UNITED STATES MAGISTRATE JUDGE